# ELECTRONIC RECORD

1584-14
1585-14

COA # 02-13-00406-CR   OFFENSE: 22.021

STYLE: Charles Edward Pair, Jr. v. The State of Texas   COUNTY: Young

COA DISPOSITION: AFFIRM   TRIAL COURT: 90th District Court

DATE: 11/13/2014   Publish: NO   TC CASE #: 09398

## IN THE COURT OF CRIMINAL APPEALS

1585-14
1584-14

STYLE: Charles Edward Pair, Jr. v. The State of Texas

_APPELLANT'S_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_REFUSED_

DATE: 02/04/2015

JUDGE: _Per Curiam_

CCA #: _____

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____   PC: _____

PUBLISH: _____   DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**